In the Matter of BROOKLYN EDISON COMPANY, INC., Respondent, against MAURICE P. DAVIDSON, as Commissioner of Water Supply, Gas and Electricity of the City of New York, Appellant.

(Submitted January 13, 1936; decided January 14, 1936.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. No issue was decided except the one actually presented for determination. We did not undertake to decide to what other facts the statute applies. (See 269 N. Y. 48.)